IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION
CIVIL ACTION NUMBER CV04-CO-131-S

**JORDAN HARRIS, et al,**

    **Plaintiffs,**

 vs.

**CREDIT MANAGEMENT SERVICES, et al,**

    **Defendants.**

## MOTION TO DISMISS

  The Plaintiff Jordan Harris moves the Court for an Order dismissing his claims and dismissing him as a party Plaintiff. The Plaintiff Lanier Harris moves the Court for an Order dismissing all of her claims against Rhodes College. The Plaintiff Lanier Harris request that the Court note that she is preserving all of her claims against CMS.

          Bill Thomason (THO006)
          Attorney for Plaintiff

**OF COUNSEL:**
Thomason, Hanson & Maples, LLC.
P. O. Box 627
Bessemer, Alabama 35021
(205) 428-0702



## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Counsel for the Defendants by placing a copy in the United States Mail, postage prepaid and properly addressed, as follows:

>Ms. Laura Nettles
>Mr. Matt Teague
>Mr. Chris Cobb
>Lloyd, Gray & Whitehead, P.C.
>2501 Twentieth Place South
>Suite 300
>Birmingham, Alabama 35223

this 29th day of March 2004.

Of Counsel for Plaintiffs